1 CATHERINE A. CONWAY (SBN 98366)
cconway@akingump.com
2 REX S. HEINKE (SBN 66163)
rheinke@akingump.com
3 JOANNA H. KIM (SBN 183799)
jkim@akingump.com
4 **AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
5 Los Angeles, California 90067
Telephone:    310.229.1000
6 Facsimile:     310.229.1001

7 Attorneys for Plaintiff CHRISTOPHER O'SHEA,
GISELE ROGERS and JEFF ADAMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'SHEA, GISELE ROGERS and JEFF ADAMS, individually, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EPSON AMERICA, INC., a California corporation; EPSON ACCESSORIES, INC., a California corporation; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. CV09-8063 PSG (CWx) <br><br> [The Honorable Philip S. Gutierrez] <br><br> **DECLARATION OF CATHERINE CONWAY** <br><br> Date:    May 17, 2010 <br> Time:   1:30 p.m. <br> Crtrm:  Roybal, 880 |

6461248

DECLARATION OF CATHERINE CONWAY

Case No. CV09-8063 PSG (CWx)

## DECLARATION OF CATHERINE CONWAY

I, Catherine Conway, declare as follows:

1. I am an attorney admitted to practice before this Court. I am a partner in the law firm of Akin Gump Strauss Hauer & Feld, LLP ("AG"), attorneys of record for Plaintiffs Christopher O'Shea, Gisele Rogers and Jeff Adams (together, "Plaintiffs") in the instant litigation against Defendants Epson America, Inc. and Epson Accessories, Inc. (together, "Epson"). I have first-hand, personal knowledge of the following, and if called to testify under oath in these proceedings, I would competently testify thereto.

2. I have never obtained any Epson information protected by the attorney-client privilege and/or attorney work product doctrine from Fabrice Commelin.

3. I understand that Epson has accused AG of having received two memoranda from the 1990's from Alf Andersen to Mr. Commelin. I have never seen nor am I in possession of any such memoranda. I also understand that Epson has argued that the document, bates-labeled FC00330-343 (the "Powerpoint"), is "attorney-client privileged and attorney work product." My review of the Powerpoint confirmed that there is nothing in it that indicates any attorney-client privileged and/or attorney work product information.

4. I have never represented Epson America, Inc. or Epson Accessories, Inc., the defendants in this action.

5. AG does not have any financial interest in Mr. Commelin's wrongful termination action against Epson America, Inc., *i.e.*, *Commelin v. Epson America, Inc.*, Los Angeles Superior Court Case No. BC 427724.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States. Executed this 26nd day of April, 2010 in Los Angeles, California.

_____
Catherine Conway

6461248

1

DECLARATION OF CATHERINE CONWAY

Case No. CV09-8063 PSG (CWx)