# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No.: | CV 09-8063-PSG (CWx) | Date: | May 13, 2010 |
|---|---|---|---|
| Title: | CHRISTOPHER O'SHEA, ET AL. -VS- EPSON AMERICA, INC., ET AL. | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                             Not Present

Proceedings (In Chambers):  **DEFENDANT EPSON AMERICA, INC AND EPSON ACCESSORIES, INC.'S MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL FILED 04-13-10 (DOC. 84); FILED MANUALLY TOO 04-21-10**

**PLAINTIFFS' JOINDER IN AKIN GUMP'S OBJECTIONS TO THE DECLARATION OF CHARLES W. WOLFRAM FILED WITH DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISQUALIFY FILED 05-12-10 (DOC. 145)**

PLEASE TAKE NOTICE that on the Court's motion, the above-referenced matters are hereby continued from May 17, 2010 to Monday, May 24, 2010 at 1:30 p.m.

|  | 0 : 0 |
|---|---|
| Initials of Preparer | wkh |