QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Ryan S. Goldstein (Bar No. 208444)
  ryangoldstein@quinnemanuel.com
  Valerie Roddy (Bar No. 235163)
  valerieroddy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendants Epson America,
Inc., and Epson Accessories, Inc.

AKIN GUMP STRAUSS HAUER & FELD LLP
  Catherine A. Conway (Bar No. 98366)
  Rex S. Heinke (Bar No. 66163)
  Joanna H. Kim (Bar No. 183799)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:    (310) 229-1000
Facsimile:    (310) 229-1001

YUHL STONER CARR LLP
  Eric F. Yuhl (Bar No. 102051)
  William E. Stoner (Bar No. 101418)
601 South Figueroa Street, Suite 2340
Los Angeles, California 90017
Telephone:    (213) 687-2640
Facsimile:    (213) 827-4200

Attorneys for Plaintiffs Christopher
O'Shea, Gisele Roger, and Jeff Adams

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'SHEA, GISELE ROGERS and JEFF ADAMS, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EPSON AMERICA. INC., a California corporation; EPSON ACCESSORIES, INC., a California corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. CV 09-8063 PSG (CWx)<br><br>**DISCOVERY MATTER**<br><br>**ORDER REGARDING THE OCTOBER 19, 2010 HEARING**<br><br>Magistrate Judge:   Hon. Carla Woehrle<br>Courtroom:            640, Roybal |

03579.22890/3720778.5

**Order**

On October 15, 2010, the Court considered Defendants Epson America, Inc., and Epson Accessories, Inc. ("Epson") and Plaintiffs Christopher O'Shea, Gisele Rogers and Jeff Adams' (collectively, "Plaintiffs") joint stipulation regarding the October 19, 2010 hearing as well as the materials submitted for Epson's motion for a determination that document FC330-343 is protected by the attorney-client privilege and work product doctrine and Plaintiffs' motion for a ruling on Epson's over-designation of the deposition testimony of Fabrice Commelin and Elizabeth Leung.

1.    On October 20, 2010, at 3 p.m. the Court shall hold a discovery conference, hear oral argument on Epson's motion for a determination that document FC330-343 is protected by the attorney-client privilege and work product doctrine, and hear oral argument on Plaintiffs' motion for a ruling on Epson's over-designation of the deposition testimony of Fabrice Commelin and Elizabeth Leung.

2.    Pursuant to the parties stipulation, the Court finds there is good cause to limit the October 20 hearing to Court personnel and persons defined as "counsel" in paragraph 3 of the Protective Order because the hearing will consider motions to determine whether certain information is Confidential and Confidential – For Counsel Only pursuant to the Protective Order as well as whether the FC330-343 document is attorney-client privileged and work product.  The portion of the October 20, 2010 hearing during which Epson's motion for a determination that document FC330-343 is protected by the attorney-client privilege and work product doctrine and Plaintiffs' motion for a ruling on Epson's over-designation of the deposition testimony of Fabrice Commelin and Elizabeth Leung are heard shall be limited to Court personnel and persons defined as "counsel" in paragraph 3 of the Protective Order, (Docket No. 170).

1        3.      The discovery conference portion of the October 20, 2010 hearing shall

2   not be limited as to who may attend.

3

4   DATED:  October 15, 2010

5

6                                              _____

7                                              Hon. Carla M. Woehrle
                                               United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

03579.22890/3720778.5

-2-                                Case No. CV 09-8063 PSG (CWx)

[PROPOSED] ORDER REGARDING THE OCTOBER 19, 2010 HEARING