QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Ryan S. Goldstein (Bar No. 208444)
  ryangoldstein@quinnemanuel.com
  Valerie Roddy (Bar No. 235163)
  valerieroddy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendant Seiko Epson
Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'SHEA, GISELE ROGERS and JEFF ADAMS, individuals, on behalf of themselves and all others similarly situated,<br><br>            plaintiffs,<br><br>      vs.<br><br>EPSON AMERICA. INC., a California corporation; EPSON ACCESSORIES, INC., a California corporation; SEIKO EPSON CORPORATION, a Japanese Corporation; and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO. CV 09-8063 PSG (CWx)<br><br>Hon. Philip S. Gutierrez<br><br>**ANSWER TO THIRD AMENDED COMPLAINT**<br><br>Filing Date:         Aug. 28, 2009<br>Discovery Cutoff:  Oct. 17, 2011<br>Pretrial Conference: Oct. 31, 2011<br>Trial Date:          Nov. 15, 2011 |

TO THE COURT AND ALL PARTIES HEREIN,

Defendant Seiko Epson Corporation ("Seiko Epson"), for itself alone and for no other defendant, answers the Third Amended Class Action Complaint dated October 26, 2010 ("Complaint"), as follows:

1.      Answering paragraph 1, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

2.      Answering paragraph 2, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

3.      Answering paragraph 3, Seiko Epson admits that plaintiffs purport to bring this action as a class action and purport to seek the relief specified therein. Answering further, Seiko Epson denies that plaintiffs are entitled to any relief.

4.      Answering paragraph 4, Seiko Epson admits that Epson America, Inc. ("Epson America") is a California corporation and that it markets, sells and provides service and support for Epson products.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

5.      Answering paragraph 5, Seiko Epson admits that Epson America's principal place of business and corporate headquarters are located in Long Beach, California.

6.      Answering paragraph 6, Seiko Epson admits that Epson America conducts business in California and throughout the United States.

7.      Answering paragraph 7, Seiko Epson admits that Epson America's headquarters are in Long Beach, that the Epson America business is handled there, that decisions concerning the business of Epson America are made there and that the business of Epson America includes operating the business.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

8.     Answering paragraph 8, Seiko Epson admits that Epson America is a California corporation and that some of Epson America's marketing and advertising activities occur in California.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

9.     Answering paragraph 9, Seiko Epson admits that Epson America regularly conducts its sales business within the County of Los Angeles, State of California.  Seiko Epson further admits that Epson America regularly conducts part of its distribution business from the County of Los Angeles, State of California.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

10.     Answering paragraph 10, the "Terms of Use" speaks for itself.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

11.     Answering paragraph 11, Seiko Epson admits that Epson Accessories, Inc. ("Epson Accessories") is a California corporation.  Answering further, Seiko Epson states that Epson Accessories is one of many authorized resellers of Epson branded products, including ink jet printers and printer ink cartridges.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contain therein.

12.     Answering paragraph 12, Seiko Epson admits that Epson Accessories has its principal place of business and corporate headquarters in Los Angeles County.

13.     Answering paragraph 13, Seiko Epson admits that Epson Accessories conducts business in California and throughout the United States.

14.     Answering paragraph 14, Seiko Epson admits that Epson Accessories' headquarters is located in Long Beach, County of Los Angeles, California.  Seiko Epson further admits that its operations are principally located in County of Los Angeles, California.  Seiko Epson further admits that Epson Accessories' policies

1  are generally made by and/or through Epson Accessories.  Other than as specifically

2  admitted, Seiko Epson denies, generally and specifically, each and every allegation

3  contained therein.

4       15.    Answering paragraph 15, Seiko Epson admits that Epson Accessories is

5  a California company.  Answering further, Seiko Epson states that Epson

6  Accessories disseminates marketing and advertising from California and that Epson

7  Accessories plans marketing and advertising in California.  Other than as

8  specifically admitted, Seiko Epson denies, generally and specifically, each and

9  every allegation contained therein.

10       16.    Answering paragraph 16, Seiko Epson admits that Epson Accessories

11  regularly conducts its sales business within the County of Los Angeles, State of

12  California.  Seiko Epson further admits that Epson Accessories regularly conducts

13  part of its distribution business from the County of Los Angeles, State of California.

14  Other than as specifically admitted, Seiko Epson denies, generally and specifically,

15  each and every allegation contained therein.

16       17.    Answering paragraph 17, the "Terms and Conditions of Sale" on Epson

17  Accessories' website speaks for itself.  Other than as specifically admitted, Seiko

18  Epson denies, generally and specifically, each and every allegation contained

19  therein.

20       18.    Answering paragraph 18, Seiko Epson admits that Seiko Epson is a

21  Japanese corporation.  Seiko Epson further admits that Seiko Epson develops and

22  manufactures consumer ink jet printers and printer ink cartridges.  Other than as

23  specifically admitted, Seiko Epson denies, generally and specifically, each and

24  every allegation contained therein.

25       19.    Answering paragraph 19, Seiko Epson admits that Seiko Epson has its

26  principal place of business and corporate headquarters in Nagano, Japan.

27       20.    Answering paragraph 20, Seiko Epson admits that Epson America and

28  Epson Accessories are wholly-owned indirect subsidiaries of Seiko Epson.  Other

Case No. CV 09-8063 PSG (CWx)
ANSWER TO THIRD AMENDED COMPLAINT

than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

21.    Answering paragraph 21, Seiko Epson admits that Seiko Epson develops and manufactures consumer ink jet printers and printer ink cartridges that are available for purchase in the United States.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

22.    Answering paragraph 22, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

23.    Answering paragraph 23, Seiko Epson admits that Epson America and Epson Accessories are based in California.  Seiko Epson further admits that decision-making with respect to the advertising, marketing, distribution, and sale of Epson inkjet printers and cartridges in the United States is generally made by Epson America and/or Epson Accessories.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

24.    Answering paragraph 24, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

25.    To the extent any answer is required, Seiko Epson admits that plaintiffs purport to include the specified persons within the definition of "Defendants" in the Complaint.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

26.    Answering paragraph 26, Seiko Epson admits that plaintiff O'Shea claims to be a member of the proposed class.  Seiko Epson lacks sufficient information to answer the allegations regarding plaintiff's residency, his alleged purchase of an Artisan 800 inkjet printer, or his alleged purchase of printer ink cartridges for his personal or household use.  Seiko Epson therefore denies and demands strict proof of these allegations.  Other than as specifically admitted, Seiko

Epson denies, generally and specifically, each and every allegation contained therein.

27.     Answering paragraph 27, Seiko Epson admits that plaintiff Rogers claims to be a member of the proposed class.  Seiko Epson lacks sufficient information to answer the allegations regarding plaintiff's residency, her alleged purchase of an Epson NX 200 inkjet printer, or her alleged purchase of printer ink cartridges for her personal or household use.  Seiko Epson therefore denies and demands strict proof of these allegations.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

28.     Answering paragraph 28, Seiko Epson admits that plaintiff Adams claims to be a member of the proposed class.  Seiko Epson lacks sufficient information to answer the allegations regarding plaintiff's residency, his alleged purchase of an Epson WorkForce 310 inkjet printer, or his alleged purchase of printer ink cartridges for his personal or household use.  Seiko Epson therefore denies and demands strict proof of these allegations.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

29.     Answering paragraph 29, Seiko Epson admits that plaintiffs seek to litigate this case as a class action and that plaintiff Rogers purports to represent a subclass.  Other than as specifically admitted and to the extent any answer is required, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

30.     Answering paragraph 30, Seiko Epson admits that plaintiffs claim to be members of the proposed class, and that plaintiff Rogers claims to be a member of the proposed subclass.  Other than as specifically admitted and to the extent any answer is required, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

31.    Answering paragraph 31, to the extent any answer is required, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

32.    Answering paragraph 32, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

33.    Answering paragraph 33, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

34.    Answering paragraph 34, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

35.    Answering paragraph 35, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

36.    Answering paragraph 36, Seiko Epson lacks sufficient information or belief to enable it to answer the allegations of this paragraph, and, on that basis, deny, generally and specifically, each and every allegation contained therein.

37.    Answering paragraph 37, Seiko Epson admits that Seiko Epson manufactures numerous models of inkjet printers and ink cartridges.  Seiko Epson further admits that Epson America and Epson Accessories market and offer for sale numerous models of inkjet printers and ink cartridges.

38.    Answering paragraph 38, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

39.    Answering paragraph 39, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

40.    Answering paragraph 40, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

41.    Answering paragraph 41, Seiko Epson lacks sufficient information or belief to enable it to answer the allegations of this paragraph, and, on that basis, deny, generally and specifically, each and every allegation contained therein.

1        42.     Answering paragraph 42, Seiko Epson denies, generally and
2   specifically, each and every allegation contained therein.

3        43.     Answering paragraph 43, Seiko Epson denies, generally and
4   specifically, each and every allegation contained therein.

5        44.     Answering paragraph 44, Seiko Epson admits that Epson America and
6   Epson Accessories had a marketing campaign titled "Epsonality."  The documents
7   speak for themselves.  Other than as specifically admitted, Seiko Epson denies,
8   generally and specifically, each and every allegation contained therein.

9        45.     Answering paragraph 45, Seiko Epson admits that some of Epson
10  America's and Epson Accessories' advertising and marketing directs consumers to
11  visit the website located at www.epson.com.

12       46.     Answering paragraph 46, the website speaks for itself.  Other than as
13  specifically admitted, Seiko Epson denies, generally and specifically, each and
14  every allegation contained therein.

15       47.     Answering paragraph 47, the website speaks for itself.  Other than as
16  specifically admitted, Seiko Epson denies, generally and specifically, each and
17  every allegation contained therein.

18       48.     Answering paragraph 48, the website speaks for itself.  Other than as
19  specifically admitted, Seiko Epson denies, generally and specifically, each and
20  every allegation contained therein.

21       49.     Answering paragraph 49, the website speaks for itself.  Other than as
22  specifically admitted, Seiko Epson denies, generally and specifically, each and
23  every allegation contained therein.

24       50.     Answering paragraph 50, the website speaks for itself.  Other than as
25  specifically admitted, Seiko Epson denies, generally and specifically, each and
26  every allegation contained therein.

27

28

1    51.    Answering paragraph 51, the website and/or FAQ's speak for
2  themselves.  Other than as specifically admitted, Seiko Epson denies, generally and
3  specifically, each and every allegation contained therein.

4    52.    Answering paragraph 52, the website and/or FAQ's speak for
5  themselves.  Other than as specifically admitted, Seiko Epson denies, generally and
6  specifically, each and every allegation contained therein.

7    53.    Answering paragraph 53, the website speaks for itself.  Other than as
8  specifically admitted, Seiko Epson denies, generally and specifically, each and
9  every allegation contained therein.

10    54.    Answering paragraph 54, the website speaks for itself.  Other than as
11  specifically admitted, Seiko Epson denies, generally and specifically, each and
12  every allegation contained therein.

13    55.    Answering paragraph 55, Seiko Epson denies, generally and
14  specifically, each and every allegation contained therein.

15    56.    Answering paragraph 56, Seiko Epson denies, generally and
16  specifically, each and every allegation contained therein.

17    57.    Answering paragraph 57, Seiko Epson denies, generally and
18  specifically, each and every allegation contained therein.

19    58.    Answering paragraph 58, Seiko Epson denies, generally and
20  specifically, each and every allegation contained therein.

21    59.    Answering paragraph 59, Seiko Epson denies, generally and
22  specifically, each and every allegation contained therein.

23    60.    Answering paragraph 60, Seiko Epson denies, generally and
24  specifically, each and every allegation contained therein.

25    61.    Answering paragraph 61, Seiko Epson denies, generally and
26  specifically, each and every allegation contained therein.

27    62.    Answering paragraph 62, Seiko Epson denies, generally and
28  specifically, each and every allegation contained therein.

63.     Answering paragraph 63, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

64.     Answering paragraph 64, the packaging speaks for itself.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

65.     Answering paragraph 65, Seiko Epson lacks sufficient information or belief to enable it to answer the allegations of the paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     Answering paragraph 66, Seiko Epson admits that plaintiffs purport to bring this action as a class action that includes a subclass.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

67.     Answering paragraph 67, Seiko Epson lacks sufficient information or belief to enable it to answer the allegations of the paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.     Answering paragraph 68, Seiko Epson admits that the Class and Subclass, if certified as currently defined, would include thousands of individuals. Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.  Seiko Epson further denies that the proposed Class and Subclass are proper for certification.

69.     Answering paragraph 69, Seiko Epson denies that plaintiffs accurately state the legal standard and its application to the facts of the case and denies, generally and specifically, each and every allegation contained therein.

70.     Answering paragraph 70, Seiko Epson denies that plaintiffs accurately state the legal standard and its application to the facts of the case and denies, generally and specifically, each and every allegation contained therein.

71.     Answering paragraph 71, Seiko Epson denies that plaintiffs accurately state the legal standard and its application to the facts of the case and denies, generally and specifically, each and every allegation contained therein.

72.     Answering paragraph 72, Seiko Epson admits the Court has the authority to define any class.  However, Seiko Epson denies that plaintiffs accurately state the legal standard and its application to the facts of the case and denies, generally and specifically, each and every allegation contained therein.

73.     Answering paragraph 73, Seiko Epson lacks sufficient information or belief to enable it to answer the allegations of the paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.     Answering paragraph 74, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

75.     Answering paragraph 75, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

76.     Answering paragraph 76, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

77.     Answering paragraph 77, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

78.     Answering paragraph 78, to the extent any answer is required, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

79.     Answering paragraph 79, Seiko Epson re-alleges its responses to paragraphs 1-78 as if fully set forth in response.

80.     Answering paragraph 80, Seiko Epson admits that plaintiffs purport to bring this action as a class action and that plaintiff Rogers purports to represent a subclass.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

Case No. CV 09-8063 PSG (CWx)
ANSWER TO THIRD AMENDED COMPLAINT

81.     Answering paragraph 81, California's Unfair Business Practices Act, Cal. Bus. & Prof. Code §17200, speaks for itself.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

82.     Answering paragraph 82, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

83.     Answering paragraph 83, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

84.     Answering paragraph 84, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

85.     Answering paragraph 85, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

86.     Answering paragraph 86, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

87.     Answering paragraph 87, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

88.     Answering paragraph 88, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

89.     Answering paragraph 89, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

90.     Answering paragraph 90, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

91.     Answering paragraph 91, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

92.     Answering paragraph 92, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

93.     Answering paragraph 93, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

Case No. CV 09-8063 PSG (CWx)
ANSWER TO THIRD AMENDED COMPLAINT

1    94.    Answering paragraph 94, Seiko Epson denies, generally and

2    specifically, each and every allegation contained therein.

3    95.    Answering paragraph 95, Seiko Epson denies, generally and

4    specifically, each and every allegation contained therein.

5    96.    Answering paragraph 96, Seiko Epson denies, generally and

6    specifically, each and every allegation contained therein.

7    97.    Answering paragraph 97, Seiko Epson denies, generally and

8    specifically, each and every allegation contained therein, and also denies that

9    plaintiffs or members of the purported class are entitled to any relief.

10    98.    Answering paragraph 98, Seiko Epson denies, generally and

11    specifically, each and every allegation contained therein, and also denies that

12    plaintiffs or members of the purported class are entitled to any relief.

13    99.    Answering paragraph 99, Seiko Epson re-alleges its responses to

14    paragraphs 1-98 as if fully set forth in response.

15    100.    Answering paragraph 100, Seiko Epson admits that plaintiffs purport to

16    bring this action as a class action and that plaintiff Rogers purports to represent a

17    subclass.  Other than as specifically admitted, Seiko Epson denies, generally and

18    specifically, each and every allegation contained therein.

19    101.    Answering paragraph 101, Seiko Epson admits that Epson America and

20    Epson Accessories sell inkjet printers and ink cartridges throughout the United

21    States, including California.  Other than as specifically admitted, Seiko Epson

22    denies, generally and specifically, each and every allegation contained therein.

23    102.    Answering paragraph 102, Seiko Epson denies, generally and

24    specifically, each and every allegation contained therein.

25    103.    Answering paragraph 103, Seiko Epson denies, generally and

26    specifically, each and every allegation contained therein.

27    104.    Answering paragraph 104, Seiko Epson denies, generally and

28    specifically, each and every allegation contained therein.

Case No. CV 09-8063 PSG (CWx)
ANSWER TO THIRD AMENDED COMPLAINT

1      105.   Answering paragraph 105, Seiko Epson denies, generally and
2  specifically, each and every allegation contained therein.

3      106.   Answering paragraph 106, Seiko Epson denies, generally and
4  specifically, each and every allegation contained therein.

5      107.   Answering paragraph 107, Seiko Epson denies, generally and
6  specifically, each and every allegation contained therein.

7      108.   Answering paragraph 108, Seiko Epson denies, generally and
8  specifically, each and every allegation contained therein.

9      109.   Answering paragraph 109, Seiko Epson denies, generally and
10  specifically, each and every allegation contained therein.

11      110.   Answering paragraph 110, Seiko Epson denies, generally and
12  specifically, each and every allegation contained therein, and also denies that
13  plaintiffs or any members of the purported class are entitled to any relief.

14      111.   Answering paragraph 111, Seiko Epson re-alleges its responses to
15  paragraphs 1-110 as if fully set forth in response.  Answering further, Seiko Epson
16  admits that plaintiffs purport to bring a class and subclass related to the third cause
17  of action.  Other than as specifically admitted, Seiko Epson denies, generally and
18  specifically, each and every allegation contained therein.

19      112.   Answering paragraph 112, Seiko Epson denies that plaintiffs accurately
20  state the legal standard and its application to the facts of the case and denies,
21  generally and specifically, each and every allegation contained therein.

22      113.   Answering paragraph 113, Seiko Epson denies that plaintiffs accurately
23  state the legal standard and its application to the facts of the case and denies,
24  generally and specifically, each and every allegation contained therein.

25      114.   Answering paragraph 114, Seiko Epson denies that plaintiffs accurately
26  state the legal standard and its application to the facts of the case and denies,
27  generally and specifically, each and every allegation contained therein.

28

Case No. CV 09-8063 PSG (CWx)
ANSWER TO THIRD AMENDED COMPLAINT

1    115.   Answering paragraph 115, Seiko Epson denies that plaintiffs accurately

2    state the legal standard and its application to the facts of the case and denies,

3    generally and specifically, each and every allegation contained therein.

4    116.   Answering paragraph 116, Seiko Epson denies that plaintiffs accurately

5    state the legal standard and its application to the facts of the case and denies,

6    generally and specifically, each and every allegation contained therein.

7    117.   Answering paragraph 117, Seiko Epson denies that plaintiffs accurately

8    state the legal standard and its application to the facts of the case and denies,

9    generally and specifically, each and every allegation contained therein.  Seiko Epson

10   further denies that it, Epson America, or Epson Accessories made any

11   misrepresentations in connection with their inkjet printers or ink cartridges.

12   118.   Answering paragraph 118, Seiko Epson denies that plaintiffs accurately

13   state the legal standard and its application to the facts of the case and denies,

14   generally and specifically, each and every allegation contained therein.

15   119.   Answering paragraph 119, Seiko Epson denies, generally and

16   specifically, each and every allegation contained therein.

17   120.   Answering paragraph 120, Seiko Epson denies, generally and

18   specifically, each and every allegation contained therein.

19   121.   Answering paragraph 121, Seiko Epson denies, generally and

20   specifically, each and every allegation contained therein.

21   122.   Answering paragraph 122, Seiko Epson denies, generally and

22   specifically, each and every allegation contained therein.

23   123.   Answering paragraph 123, Seiko Epson denies, generally and

24   specifically, each and every allegation contained therein.

25   124.   Answering paragraph 124, Seiko Epson denies, generally and

26   specifically, each and every allegation contained therein and also deny that plaintiffs

27   or members of the purported class are entitled to any relief.

28

125.   Seiko Epson admits that Epson America and Epson Accessories each received a demand letter purporting to notify them of CLRA violations.  The letters speak for themselves.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein and also denies that plaintiffs or members of the purported class are entitled to any relief.

126.   Seiko Epson admits that Epson America and Epson Accessories each received a demand letter purporting to notify them of CLRA violations.  The letters speak for themselves.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein and also denies that plaintiffs or members of the purported class are entitled to any relief.

127.   Answering paragraph 127, Seiko Epson re-alleges its responses to Paragraphs 1-126 as if fully set forth in response.

128.   Answering paragraph 128, Seiko Epson admits that plaintiffs purport to bring the fraud cause of action on behalf of a class and that plaintiff Rogers purports to bring the cause of action on behalf of a subclass.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

129.   Answering paragraph 129, the documents speak for themselves.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

130.   Answering paragraph 130, the printer packaging speaks for itself.  Other than as specifically admitted, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

131.   Answering paragraph 131, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

132.   Answering paragraph 132, Seiko Epson denies, generally and specifically, each and every allegation contained therein.

Case No. CV 09-8063 PSG (CWx)
ANSWER TO THIRD AMENDED COMPLAINT

1    133.   Answering paragraph 133, Seiko Epson denies, generally and

2   specifically, each and every allegation contained therein.

3    134.   Answering paragraph 134, Seiko Epson denies, generally and

4   specifically, each and every allegation contained therein.

5    135.   Answering paragraph 135, Seiko Epson denies, generally and

6   specifically, each and every allegation contained therein.

7

8                     **PLAINTIFFS' PRAYER FOR RELIEF**

9    136.   Responding to the Prayer for Relief, Seiko Epson denies, generally and

10  specifically, that plaintiffs or the purported class are entitled to any remedy.

11

12                         **AFFIRMATIVE DEFENSES**

13    137.   Seiko Epson sets forth the following affirmative defenses.  In asserting

14  these affirmative defenses, Seiko Epson is not assuming the burden to establish any

15  fact or proposition where that burden is properly imposed on plaintiffs.  Seiko Epson

16  reserves the right to assert additional affirmative defenses based on facts that are

17  revealed during discovery.

18

19                       **FIRST AFFIRMATIVE DEFENSE**

20       **(Failure to State a Claim Upon Which Relief Can Be Granted)**

21    138.   The Complaint, and each purported cause of action alleged therein,

22  fails to state facts sufficient to constitute any cause of action against Seiko Epson.

23

24                      **SECOND AFFIRMATIVE DEFENSE**

25                            **(Lack of Standing)**

26    139.   Plaintiffs' claims are barred, in whole or in part, because plaintiffs lack

27  standing to assert any or all of the causes of action alleged in the Complaint and lack

28  standing to recover on behalf of the purported class and/or the general public.

Case No. CV 09-8063 PSG (CWx)
ANSWER TO THIRD AMENDED COMPLAINT

1

2     **THIRD AFFIRMATIVE DEFENSE**

3     **(Adequacy of Remedy at Law)**

4           140.   The injury or damage suffered by plaintiffs, if any exists, would be

5     adequately compensated in an action at law for damages. Accordingly, plaintiffs

6     have a complete and adequate remedy at law and is not entitled to seek equitable

7     relief.

8

9     **FOURTH AFFIRMATIVE DEFENSE**

10    **(Equitable Defenses)**

11          141.   The Complaint, and the purported causes of action alleged therein, is

12    barred by the equitable doctrines of estoppel, waiver, laches and/or unclean hands.

13

14    **FIFTH AFFIRMATIVE DEFENSE**

15    **(Failure to Mitigate Damages)**

16          142.   Plaintiffs and/or purported class members have failed to take

17    reasonable, necessary, appropriate and feasible steps to mitigate their alleged

18    damages, and to the extent of such failure to mitigate, plaintiffs and/or purported

19    class members should be barred from recovering some or all of the alleged damages

20    they seek.

21

22    **SIXTH AFFIRMATIVE DEFENSE**

23    **(Waiver and Release)**

24          143.   The Complaint, and the purported causes of action alleged therein, are

25    barred to the extent plaintiffs and/or purported class members have waived,

26    released, relinquished or abandoned any claim for relief against Seiko Epson with

27    respect to the matters which are the subject of the Complaint, including but not

28    limited to the release of claims in the *In re Epson Ink Cartridge Cases* settlement.

## SEVENTH AFFIRMATIVE DEFENSE

### (Class Action Inappropriate)

144.   With respect to each and every allegation of the Complaint as they relate to the request for class certification, class certification is not appropriate because there is a lack of:

      (a)    numerosity;

      (b)    commonality or community of interest;

      (c)    typicality;

      (d)    an ascertainable class;

      (e)    adequate representation;

      (f)    appropriateness of relief to the putative class as a whole;

      (g)    predominance of common questions over questions affecting individual class members;

      (h)    substantial benefit to the litigants and the court; and

      (i)    superiority of a class action to other available methods for fair and efficient adjudication.

## EIGHTH AFFIRMATIVE DEFENSE

### (Privilege)

145.   With respect to one or more of the purported causes of action set forth in the Complaint, any of the acts alleged to have been performed by Seiko Epson, if performed at all, were privileged acts.

## NINTH AFFIRMATIVE DEFENSE

### (Lack of Reliance)

146.   Plaintiffs cannot proceed with their claims because they did not rely upon the allegedly deceptive statements or omissions.

Case No. CV 09-8063 PSG (CWx)
ANSWER TO THIRD AMENDED COMPLAINT

1                            **<u>TENTH AFFIRMATIVE DEFENSE</u>**

2                                 **<u>(Misuse of Product)</u>**

3        147.   Seiko Epson is informed and believes and thereupon allege that if

4 plaintiffs and/or purported class members suffered or sustained any loss, damage or

5 injury as alleged in the Complaint, such loss, damage, or injury was the direct and

6 proximate result of the unforeseeable misuse of the products at issue, by plaintiffs,

7 purported class members and/or other parties.

8

9                         **<u>ELEVENTH AFFIRMATIVE DEFENSE</u>**

10                 **<u>(Seiko Epson's Practices Not Misleading)</u>**

11        148.   Any statements made by Seiko Epson were truthful and accurate and

12 were not likely to mislead plaintiffs, the purported class members or the general

13 public.

14

15                       **<u>TWELFTH AFFIRMATIVE DEFENSE</u>**

16                     **<u>(No Injury Or Damage)</u>**

17        149.   Seiko Epson denies that plaintiffs and/or any purported class members

18 have suffered any injury or damage whatsoever, and further deny they are liable to

19 plaintiffs and/or to any purported class member for any of the injury or damage

20 claimed or for any injury or damage whatsoever.

21

22                     **<u>THIRTEENTH AFFIRMATIVE DEFENSE</u>**

23                        **<u>(Ratification)</u>**

24        150.   The alleged causes of action are barred, in whole or in part, because of

25 ratification, agreement, assent, acquiescence or consent to Seiko Epsons' alleged

26 conduct.

27

28

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Industry Standards)

151.   The alleged causes of action are barred, in whole or in part, because the alleged conduct of which plaintiffs complain comported with the prevailing business practices and standards of the industry at issue.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Indemnity)

152.   If Seiko Epson is found in some manner responsible to plaintiffs and/or the purported class for the matters alleged in the Complaint, any such injury, damage, or other costs were proximately caused and contributed to by the negligence, fault, acts or omissions of other individuals or entities for whose conduct Seiko Epson is not responsible.  By reason of the foregoing, Seiko Epson requests a court declaration of its right to be indemnified and held harmless by such persons or entities.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

153.   The Complaint, and the purported causes of action alleged therein, are barred by the applicable statutes of limitation, including, without limitation, Code of Civil Procedure Sections 337, 338(d), 340 and 343, and Business and Professions Code Sections 17208 and 17535.

WHEREFORE, Seiko Epson prays for a judgment as follows:

1.   That plaintiffs take nothing by reason of the Complaint;

2.   That judgment be entered in favor of Seiko Epson and against plaintiffs;

3.   That the Complaint be dismissed with prejudice;

1        4.      That Seiko Epson be awarded its costs of suit, including reasonable

2  attorneys' fees; and

3        5.      For such other relief as this Court deems just and proper.

5  DATED:  February 3, 2011       QUINN EMANUEL URQUHART & SULLIVAN, LLP

8                                By  /s/ Shon Morgan

9                                  Shon Morgan

10                               Attorneys for Defendant Seiko Epson Corporation