# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No.: | CV 09-8063-PSG (CWx) | Date: | June 1, 2011 |
|---|---|---|---|
| Title: | CHRISTOPHER O'SHEA, ET AL.  -VS- EPSON AMERICA, INC., ET AL. | | |

Present: The Honorable:  **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joanna Kim | Shon Morgan |
| Rex Heinke | |
| Catherine Conway | |
| Eric Yuhl | |

| Proceedings: | **PLAINTIFFS' REDACTED MOTION TO DISQUALIFY DAVID R. SPENCER AND THE LAW FIRM OF QUINN EMANUEL URQUHART & SULLIVAN, LLP - FILED 03-31-11 (DOC. 428) UNREDACTED VERSION MANUALLY FILED ON 03-31-11** |
|---|---|

Pending before this Court is Plaintiffs' redacted motion.  After considering the moving and opposing papers, and arguments made by plaintiffs' counsel, the Court finds that confidential information was not disclosed to Mr. Spencer in this litigation therefore, the motion is Denied.

Defendants Ex Parte Application (doc. 432) and David Spencer's Joinder to the Ex Parte Application (doc. 433) are rendered moot.

|  | 0 | : | 12 |
|---|---|---|---|
| Initials of Preparer | | wkh | |