UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#325/353

CIVIL MINUTES - GENERAL

| Case No. | CV 09-8063 PSG (Cwx) | Date | June 1, 2011 |
|---|---|---|---|
| Title | Christopher O'Shea, *et al.* v. Epson America, Inc., *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings:**   **(In Chambers) Rescheduling Order**

On June 1, 2011, the Court held a hearing regarding Plaintiffs' motion to disqualify expert David Spencer and the law firm of Quinn, Emanuel, Urquhart & Sullivan, LLP. During the hearing, the Court ruled from the bench and denied Plaintiffs' motion. In light of such, the parties are hereby instructed to take note of the following:

- On March 29, 2011, the Court issued an Order granting Plaintiffs' *ex parte* application to stay the case pending resolution of their disqualification motion. *See* Dkt. # 411 (Mar. 29, 2011). Given that this matter has now been resolved, the stay is accordingly lifted.

- Epson's motion for summary judgment is rescheduled for a hearing on **Thursday, July 7, 2011** at 1:30 p.m.

- Epson has until **Thursday, June 16, 2011** to file a reply brief in support of their summary judgment motion.

- Plaintiffs' motion for class certification will be scheduled following the Court's ruling on Epson's motion for summary judgment.

**IT IS SO ORDERED.**