UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8063 PSG-CW | Date | June 16, 2011 |
|---|---|---|---|
| Title | Christopher O'Shea, et al. V. Epson America, Inc., et al. | | |

| Present: The Honorable | CARLA M. WOEHRLE | |
|---|---|---|
| D. THOMAS | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS)

    Counsel are notified that a hearing on plaintiffs' ex parte application for a written ruling is scheduled for **Friday, June 24, 2011 at 8:00 a.m.** in courtroom 640 of the Roybal Courthouse, before the Honorable Carla M. Woehrle.

cc:     Parties of Record

:  
Initials of Preparer     DT