QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  Ryan S. Goldstein (Bar No. 208444)
  Valerie Roddy (Bar No. 235163)
  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel.: (213) 443-3000; Fax: (213) 443-3100

Attorneys for Defendants Epson America, Inc., Epson Accessories, Inc., and Seiko Epson Corporation

AKIN GUMP STRAUSS HAUER & FELD LLP
  Catherine A. Conway (Bar No. 98366)
  Rex S. Heinke (Bar No. 66163)
  Joanna H. Kim (Bar No. 183799)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: (310) 229-1000; Fax: (310) 229-1001

Attorneys for Plaintiffs Christopher O'Shea, Gisele Roger, and Jeff Adams

YUHL STONER CARR LLP
  Eric F. Yuhl (Bar No. 102051)
  William E. Stoner (Bar No. 101418)
601 South Figueroa Street, Suite 2340
Los Angeles, California 90017
Tel.: (213) 687-2640; Fax: (213) 827-4200

Attorneys for Plaintiffs Christopher O'Shea, Gisele Roger, and Jeff Adams

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'SHEA, GISELE ROGERS and JEFF ADAMS, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EPSON AMERICA. INC., a California corporation; EPSON ACCESSORIES, INC., a California corporation; SEIKO EPSON CORPORATION, a Japanese Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. CV 09-8063 PSG (CWx)<br><br>**DISCOVERY MATTER**<br><br>**ORDER REGARDING HEARING ON EPSON'S MOTION FOR SANCTIONS**<br><br>Magistrate Judge:   Hon. Carla Woehrle<br>Courtroom:              640, Roybal |

Case No. CV 09-8063 PSG (CWx)
[PROPOSED] ORDER REGARDING HEARING ON EPSON'S MOTION FOR SANCTIONS

**Order**

On June 29, 2011, the Court considered the stipulation of defendants Epson America, Inc. and Epson Accessories, Inc. ("Epson") and plaintiffs Christopher O'Shea, Gisele Rogers and Jeff Adams for Epson's corrected motion for sanctions for violations of the protective order to be heard at the discovery conference set for June 30, 2011 at 2:00 p.m.

IT IS HEREBY ORDERED that Epson's corrected motion for sanctions for violations of the protective order (Docket No. 352) shall be heard at the discovery conference set for June 30, 2011, at 2:00 p.m.

DATED: June 29, 2011

*Carla M. Woehrle*

Hon. Carla Woehrle
United States Magistrate Judge