1  CATHERINE A. CONWAY (SBN 98366)
   cconway@akingump.com
2  REX S. HEINKE (SBN 66163)
   rheinke@akingump.com
3  JOANNA H. KIM (SBN 183799)
   jkim@akingump.com
4  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East
5  Suite 2400
   Los Angeles, CA 90067
6  Telephone:    310-229-1000
   Facsimile:    310-229-1001
7
   ERIC F. YUHL (SBN 102051)
8  eyuhl@ysclawyers.com
   WILLIAM E. STONER (SBN 101418)
9  wstoner@ysclawyers.com
   **YUHL STONER CARR LLP**
10 601 South Figueroa Street, Suite 2340
   Los Angeles, CA 90017
11 Telephone:    213-687-2640
   Facsimile:    213-827-4200
12
   Attorneys for Plaintiffs CHRISTOPHER
13 O'SHEA, GISELE ROGERS and JEFF ADAMS

14
               UNITED STATES DISTRICT COURT
15
             CENTRAL DISTRICT OF CALIFORNIA
16
         WESTERN DIVISION - ROYBAL FEDERAL BLDG
17

E-FILED 11/21/11

| | |
|---|---|
| 18 CHRISTOPHER O'SHEA, GISELE ROGERS and JEFF ADAMS, individually, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EPSON AMERICA, INC., a California corporation; EPSON ACCESSORIES, INC., a California corporation; SEIKO EPSON CORPORATION, a Japanese corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV09-8063 PSG (CWx)<br><br>[~~PROPOSED~~] **JUDGMENT ON PLAINTIFFS' OMISSION-BASED CLAIMS**<br><br>Date:    November 21, 2011<br>Time:    1:30 p.m.<br>Ctrm:    880<br>Judge:   Hon. Philip S. Gutierrez |

1

1

2        On July 29, 2011 the Court granted summary judgment to Defendants Epson

3   America, Inc., Epson Accessories, Inc., and Seiko Epson Corporation (collectively,

4   "Defendants") and against Plaintiffs Christopher O'Shea, Gisele Rogers, and Jeff

5   Adams (collectively, "Plaintiffs") on Plaintiffs' claims that Defendants violated

6   California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200,

7   California's False Advertising Law ("FAL"), Cal. Bus. & Prof. § 17500, the Consumer

8   Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1750, *et. seq.*, and committed common

9   law fraud, by misrepresenting and concealing the grossly inefficient print yields

10  generated by Defendants' printers and ink cartridges, which are well below reasonable

11  consumer expectations (the "Omission Claims").

12        The Court has issued a separate order directing entry of judgment on the

13  Omission Claims pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, which

14  explains why entry of judgment on the Omission Claims is proper under Rule 54(b).

15        Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that,

16  pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, judgment shall be

17  entered in favor of Defendants and against all Plaintiffs on Plaintiffs' claims that

18  Defendants violated the UCL, the FAL, the CLRA, and committed common law fraud

19  by misrepresenting and concealing the grossly inefficient print yields generated by

20  Defendants' printers and ink cartridges.  Plaintiffs shall take nothing on the Omission

21  Claims.

22

23  Dated: _____11/21_____, 2011                 PHILIP S. GUTIERREZ

24                                          _____
                                                  Hon. Philip S. Gutierrez
                                                 United States District Judge

25

26

27

28

1